NUMBER 13-00-381-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


TEXAS DEPARTMENT OF PUBLIC SAFETY
, Appellant,


v.



OAKES DAVID EDWARDS
, Appellee.

____________________________________________________________________


On appeal from the 94th District Court


of Nueces County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Dorsey, Rodriguez, and Kennedy(1)


Opinion Per Curiam


 Appellant, TEXAS DEPARTMENT OF PUBLIC SAFETY, perfected an
appeal from a judgment entered by the 94th District Court of Nueces
County, Texas, in cause number 99-6160. After the record was filed,
appellant filed a motion to dismiss the appeal. In the motion, appellant
states that it no longer wishes to prosecute this appeal. Appellant
requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 31st day of August, 2000.


1. Retired Justice Noah Kennedy assigned to this Court by the Chief
Justice of the Supreme Court of Texas pursuant to Tex. Gov't Code Ann.
§74.003 (Vernon 1998.)